SCWC-20-0000034

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GEORGE M. KAIMIOLA and ZILPAH K. KAIMIOLA,
Petitioners/Plaintiffs-Appellants,

and

JAMES JONATHON DRISCOLL aka JAMES JONATHAN DRISCOLL,
ALLEN B. ARAKAWA, and DEBBIE E. ARAKAWA,
Respondents/Plaintiffs-Appellees,

vs.

BANK OF AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
INC., GEORGE MATIC, MILENA MATIC, ALEKSANDRA O. MATIC,
STEVEN MATIC, SIMON T. NGAN, JILL S.A. NGAN, AMERICAN SAVINGS BANK,
F.S.B., JASON C. BALBERDI, NAHINU R. FREITAS, and
THE FEDERAL SAVINGS BANK,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000034; CIV. NO. 2CC191000167(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
AND DENYING REQUEST FOR A WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Souza, assigned by reason of vacancy)

Upon consideration of petitioners' application for writ of certiorari or, in the alternative, a writ of mandamus, filed on June 3, 2020, respondents Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc.'s response, filed on July

6, 2020, petitioners' reply, filed on July 13, 2020, the respective supporting documents, and the record,

IT IS HEREBY ORDERED that the application for writ of certiorari is rejected.

IT IS HEREBY FURTHER ORDERED that to the extent petitioners are seeking a writ of mandamus, their request is denied.

DATED:  Honolulu, Hawaiʻi, August 3, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Kevin A. Souza